DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD WOOD, D.O.,** and
**PARAGON CONTRACTING SERVICES, LLC,**
Appellants,

v.

**RUSSELL CAUGHEY,**
Appellee.

No. 4D2024-1631

[September 25, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Robert Pegg and Elizabeth Metzger, Judges; L.T. Case No. 19001486CA.

Dinah Stein and Aneta McCleary of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for appellants.

James L. White, III, of White & Russell, P.A., Palm Beach Gardens, for appellants.

Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

Michael V. Baxter of Lesser, Landy, Smith & Siegel, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and WIGAND, CHRISTOPHER, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***